**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
JOHN H.,

                            Plaintiff,                              25 **CIVIL** 1029 (GRJ)

            -against-                                **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                         Defendant.
-------------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**   That for the reasons

set forth in the Court's Decision and Order dated February 11, 2026, Plaintiff's request for

judgment on the pleadings is DENIED, the Commissioner's request for judgment on the

pleadings is GRANTED, and this case is DISMISSED; accordingly, this case is closed.

**Dated:**  New York, New York

      February 17, 2026

                                           **TAMMI M. HELLWIG**

                                       _____

                                        **Clerk of Court**

                    **BY:**          _____

                                        **Deputy Clerk**